AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| DeAndre Crawford ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 12 C 2251 |
| Lieutenant Craig Johnson, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
Judgment entered against Plaintiff and in favor of Defendants Johnson, Wiggins, and Franko.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Edmond E. Chang on a motion for summary judgment.

Date: Mar 4, 2013                       Thomas G. Bruton, Clerk of Court

                                         /S/ Sandra Brooks